■ Jeffrey Craig, Appellant, v Michael Klein, Respondent. [777 NYS2d 646]—Order, Supreme Court, New York County (Debra A. James, J.), entered February 24, 2004, which, to the extent appealed from, limited defendant judgment debtor's installment payments to $2,368 per month, toward satisfaction of a $400,000 judgment, unanimously affirmed, without costs.

Less than half of defendant's claimed monthly living expenses—for food, utilities, entertainment and miscellaneous—were allowed as reasonable and necessary (CPLR 5226), and the court providently exercised its discretion in crediting the wife's justification for a Manhattan rental. This determination was amply supported in the record. Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Lerner, JJ.

■ The People of the State of New York, Respondent, v Hugh Callinder, Appellant. [777 NYS2d 639]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered February 27, 2003, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of three years, unanimously affirmed.

Defendant's claim that his New Jersey felony did not qualify as a predicate felony is unpreserved (*People v Samms*, 95 NY2d 52, 57 [2000]), and we decline to review it in the interest of justice. Were we to review this claim, we would find that defendant was properly adjudicated a second felony offender. Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Lerner, JJ.